THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES A. WEIL, Appellant.

Argued April 14, 1952; decided May 22, 1952.

*Charles A. Weil,* appellant in person.

*Frank S. Hogan, District Attorney (Paul A. Stone* and *Richard G. Denzer* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.